■ KENNETH CHALMERS, Appellant, v MARK A. HINKSON et al., Defendants, and CASSONE LEASING, INC., Sued Herein as CASSONE TRAILER CONTAINER CO., Doing Business as CASSONE LEASING, et al., Respondents. [747 NYS2d 180]

Under the circumstances of this case, the Supreme Court properly concluded that the respondents' alleged negligent placement of a storage container on the street where the plaintiff's accident occurred was not a substantial factor in causing the accident. Santucci, J.P., Altman, S. Miller and McGinity, JJ., concur.